**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES, | ) |
| v. | ) Criminal Action No. 04-46 Erie |
| EDWARD O. BURKHART, | ) |
| Defendant. | ) |

### AMENDED REVOCATION ORDER

AND NOW, this 29th day of September, 2005, IT IS HEREBY ORDERED that the Revocation Order entered on the docket on February 18, 2005 [Doc. No. 10], is amended as follows:

    The defendant shall not associate with children under the age of 18, except in the presence of a responsible adult who is aware of the nature of the defendant's background and current offense and who had been approved by the probation officer.

    IT IS FURTHER ORDERED that all other aspects of the original Revocation Order [Doc. No. 10] entered on the docket on February 18, 2005 shall remain in full force and effect.

                                                s/ Sean J. McLaughlin
                                                United States District Judge

cc:    All parties of record.
        U.S. Marshal Service
        Probation/Pretrial Services
        United States Bureau of Prisons