# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

United States of America )
)
)
Plaintiff )
vs. )          No.          CR 04-46 Erie
Edward P. Burkhart )
)
)
Defendant )

**HEARING ON**  February 21, 2006 Initial appearance

Before   U. S. Magistrate Judge Susan Paradise Baxter

Christian A. Trabold, Esq.                          Stephen E. Sebald, Esq.

Appear for Plaintiff                               Appear for Defendant

Hearing Begun   11:35 a.m.                Hearing Adjourned to

Hearing concluded C.A.V.                   Stenographer Ron Bench
                                          CD:          Index:
**WITNESSES**

For Plaintiff                                       For Defendant

Petion for revocation of supervised release reviewed —
Prelim exam : detention hearing set for 11/nen,
Feb 27 2006 at 2:00 m.  Order of Imp detention
Signed.