AO 470 (Rev. 8/85) Order of Temporary Detention

# UNITED STATES DISTRICT COURT

_____Western_____ District of _____Pennsylvania_____

| UNITED STATES OF AMERICA | ORDER OF TEMPORARY DETENTION |
|---|---|
| V. | PENDING HEARING PURSUANT TO BAIL REFORM ACT |

_____EDWARD O. BURKHART_____        Case        CR 04-46 ERIE
_Defendant_

Upon motion of the _____U.S. Attorney_____, it is ORDERED that a detention hearing is set _____February 27, 2006_____ * at _____3:00 p.m._____ (11:00 a.m. struck through)
                                         _Date_                                                    _Time_

before _____Susan Paradise Baxter, Chief U.S. Magistrate Judge_____
                              _Name of Judicial Officer_

_____U.S. District Court, 17 South Park Row, Erie, PA_____
                              _Location of Judicial Officer_

Pending this hearing, the defendant shall be held in custody by (the United States marshal) _____

_____) and produced for the hearing.
                    _Other Custodial Official_

Date: _____February 21, 2006_____        s/Susan Paradise Baxter
                                                                              _Judicial Officer_

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. § 3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.