AO 442   (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

__WESTERN__   District of   __PENNSYLVANIA__

UNITED STATES OF AMERICA

V.

EDWARD O. BURKHART

**WARRANT FOR ARREST**

Case Number: CRM 04-46 ERIE

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __EDWARD O. BURKHART__
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   X Violation Notice   ☐ Probation Violation Petition

charging him or her with   (brief description of offense and 'in violation of Title _ of U.S.C., Section(s) _')

**** VIOLATION OF SUPERVISION (SEE PETITION AND ORDER ATTACHED)

FILED FEB 22 P2:34 CLERK U.S. DISTRICT COURT

SUSAN D. PARMETER
Name of Issuing Officer

_Susan D. Parmeter_ (signature)
Signature of Issuing Officer

DEPUTY CLERK
Title of Issuing Officer

2-22-06   Erie, PA
Date and Location

Bail fixed at $ __TO BE SET__   by _____
Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at 4:00 pm 2/17/06 in Erie PA.

| DATE RECEIVED 2/17/06 | NAME AND TITLE OF ARRESTING OFFICER Jeffrey Kaltenbach Deputy U.S. Marshal | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 2/17/06 | | |