# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

United States of America )
)
)
Plaintiff )
vs. )         No.         CR 04-46 Erie
Edward O. Burkhart )
)
)
Defendant )

**HEARING ON**  February 27, 2006  Detention Hearing & Prelim Exam

Before  U. S. Magistrate Judge Susan Paradise Baxter

Christian A. Trabold, Esq., AUSA                    Stephen Sebald, Esq.

Appear for Plaintiff                         Appear for Defendant

Hearing Begun  2:10 p.m.                    Hearing Adjourned to

Hearing concluded C.A.V.  2:41 pm          Stenographer  Janis Ferguson
                                           CD:         Index:

**WITNESSES**

For Plaintiff                         For Defendant

Probation Officer Matthew Rea testifies on behalf
of govt regarding defendant's alleged possession
of pornography, & child & porn as well as to
defendant's own statements. After argument, the
Court rules to detain defendant pending revocation
hearing.

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

WESTERN      DISTRICT OF      PENNSYLVANIA

UNITED STATES OF AMERICA

V.

EDWARD O. BURKHART

## EXHIBIT AND WITNESS LIST

Case Number: CR 04-46 ERIE

| PRESIDING JUDGE Susan Paradise Baxter | | PLAINTIFF'S ATTORNEY Christian A. Trabold, Esq., AUSA | | | DEFENDANT'S ATTORNEY Stephen Sebald, Esq. |
|---|---|---|---|---|---|
| TRIAL DATE (S) February 27, 2006 | | COURT REPORTER Janis Ferguson | | | COURTROOM DEPUTY Leslie R. Wallen |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | 2-27-06 | | | Matthew L. Rea — Probation Officer |
| 1 | | 2.27.06 | ✓ | | Pre-sentence report from District of Utah |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.