IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | |
| v. | : | |
| | : | Criminal Action No.  04-000046-001 |
| EDWARD O. BURKHART, | : | |
| Defendant | : | |
| | : | |
| | : | |
| | : | |

**NOTICE OF ENTRY OF APPEARANCE**

Please enter the appearance of **Stephen E. Sebald, Esquire**, and the firm of **Sebald & Herman,** as counsel of record for the Defendant in this matter.  Please direct all future correspondence and pleadings to the address listed below.

SEBALD & HERMAN

Dated: MARCH 8, 2006

s/Stephen E. Sebald
Stephen E. Sebald, Esquire
Attorney for Defendant
412 High Street
Waterford, Pennsylvania 16441
(Ph) 814-796-1987
(Fax) 814-796-0726
Pa.S.Ct. I.D. No. 87469
E-mail: SSebald@SebaldHerman.com