# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

U.S.A.
_____
Plaintiff

vs.   No. CR04-46 Erie

Edward O. Burkhart
_____
Defendant

HEARING ON Probation Revocation Hearing on Supervised Release.

Held on Friday, March 10, 2006

Before Judge McLaughlin

Christian Trabold                Stephen Sebald
_____                  _____
Appear for Plaintiff             Appear for Defendant

Hearing begun 1:29 pm            Hearing adjourned to 1:52 pm

Hearing concluded C.A.V. _____  Stenographer Ron Bench

                                  Clerk Nicole Kierzek

### WITNESSES:

For Plaintiff                    For Defendant

Matt Rhea - Sworn -

Δ Supervised Release is REVOKED; ~~illegible~~
Δ is Sentenced to 12 mths; no supervised
release; fine $3000.00